# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DGG Properties Co., Inc. ) <br> ) <br>          Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> Giovanni's II, Inc. ) <br> ) <br>          Defendant ) <br> ) | Civil Action No. 3:07-cv-00226(SRU) <br><br> Date September 16, 2009 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action be dismissed with prejudice, without costs to either party as against the other. The Parties further agree that the Court retains jurisdiction of this matter for the purpose of summarily enforcing the terms of the parties' Settlement Agreement, dated September 16, 2009.

DGG Properties Co., Inc.

By: _[signature]_

John H. Mutchler (ct26856)
Michaud-Duffy Group, LLP
306 Industrial Point Road
Middletown, CT 06457-1532
Tel: (860) 632-7200
Fax: (860) 632-8269
mutchler@michaud-duffy.com

Giovanni's II, Inc.

By: _[signature]_

Mark S. Gregory (ct01252)
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901-3229
Tel: (203) 324-1400
Fax: (203) 327-2669
mgregory@kelleydrye.com


So Ordered:_____
Hon. Stefan Underhill