# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| DGG Properties Co., Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:07-cv-00226-SRU |
| Giovanni's II, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DGG Properties Co., Inc.

Date: 03/01/2010

*Attorney's signature*

Nicole Liguori Micklich ct25512
*Printed name and bar number*

Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510

*Address*

nmicklich@garciamilas.com
*E-mail address*

(203) 773-3824
*Telephone number*

(203) 782-2312
*FAX number*