# CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on March 2, 2010 to the following:**

**Ian E. Bjorkman**
Law Office of Ian E. Bjorkman, LLC
383 Orange Street
New Haven, CT 06511
ian@ibjorkman.com

**Bennett H. Last**
Gilbride, Tusa, Last & Spellane - NYC
708 Third Ave., 26th Fl.
New York, NY 10017
bhl@gtlsny.com

**Jonathan K. Cooperman**
Kelley, Drye & Warren, LLP-NY
101 Park Avenue
New York, NY 10178
jcooperman@kelleydrye.com

**Richard R. Michaud**
Michaud-Kinney Group LLP
306 Industrial Park Rd., Suite 206
Middletown, CT 06457
michaud@mkgip.com

**Paul W. Garrity**
Kelley, Drye & Warren - NY
101 Park Avenue
New York, NY 10178
pgarrity@kelleydrye.com

**Brian E. Moran**
Robinson & Cole - Stmfd, CT
Financial Center
695 E. Main St., PO Box 10305
Stamford, CT 06904-2305
bmoran@rc.com

**Mark S. Gregory**
Martin Chioffi LLP
177 Broad Street
Stamford, CT 06901
mgregory@martinchioffi.com

**John H. Mutchler**
Michaud-Kinney Group LLP
306 Industrial Park Rd., Suite 206
Middletown, CT 06457
mutchler@mkgip.com

**Lisa Khandhar**
Kelley, Drye & Warren - NY
101 Park Avenue
New York, NY 10178
lkhandhar@kelleydrye.com

**James E. Nealon**
Kelley Drye & Warren-Stmfd
400 Atlantic St.
Stamford, CT 06901-3229
jnealon@kelleydrye.com

**Alexander D. Pencu**
Robinson & Cole - Stmfd, CT
Financial Center
695 E. Main St., PO Box 10305
Stamford, CT 06904-2305
apencu@rc.com

**Raymond D. Thompson**
Michaud-Kinney Group LLP
306 Industrial Park Rd., Suite 206
Middletown, CT 06457
thompson@mkgip.com

                                                  _____**ct25512**_____
**Nicole Liguori Micklich**
**ct25512**
**Garcia & Milas, P.C.**
**44 Trumbull Street**
**New Haven, CT 06510**
**nmicklich@garciamilas.com**
**203-773-3824**
**203-782-2312**