UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DGG PROPERTIES CO., INC., <br> Plaintiff | Case No. 3:07 CV 00226 (SRU) |
| v. | |
| GIOVANNI'S II, INC. <br> Defendant. | MARCH 3, 2010 |

## PLAINTIFF DGG PROPERTIES CO., INC.'S
## CROSS-MOTION TO ENFORCE SETTLEMENT AGREEMENT

The plaintiff DGG Properties Co., Inc. ("DGG") respectfully makes this cross-motion to summarily enforce the settlement agreement it reached with the defendant, Giovanni's II, Inc. ("Giovanni's), effective September 16, 2009 (the "Settlement Agreement").

As set forth in greater detail in the accompanying Memorandum in Opposition to Motion to Defendant's Motion to Enforce Settlement Agreement and in Support of Plaintiff's Cross-Motion to Enforce Settlement Agreement, DGG submits that Giovanni's breached paragraphs 1.b. and 3.a. of the Settlement Agreement. DGG further submits that it provided written notice to cure such breaches to Giovanni's and that Giovanni's failed to, and in fact cannot, so cure.

As Giovanni's failed to and cannot cure its material breaches of the Settlement Agreement, pursuant to paragraphs 18 and 19 of the Settlement Agreement, DGG is entitled to damages at a rate of three times the cost of each breaching advertisement together with all of the costs and attorneys' fees DGG incurs to enforce the Settlement Agreement.

WHEREFORE, for reasons set out here and more fully in the accompanying Memorandum, the Plaintiff respectfully requests that the Court exercise the jurisdiction it retained over this matter and summarily enforce the Settlement Agreement, and specifically Order the Defendant Giovanni's to pay damages to the Plaintiff DGG as required by the Settlement Agreement together with interest and attorneys' fees and costs incurred.

THE PLAINTIFF,
DGG PROPERTIES, CO., INC.,

By: _____
Nicole Liguori Micklich (ct25512)
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510
Telephone: (203) 773-3824
Facsimile: (203) 782-2312
nmicklich@garciamilas.com

## CERTIFICATION

I hereby certify that on March 3, 2010, a copy of Plaintiff's Cross-Motion to Enforce Settlement Agreement was filed electronically to all parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                Nicole Liguori Micklich