UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DGG PROPERTIES CO., INC.,   )
                            )
        Plaintiff,           )   Civil Action No.: 3:07-CV-00226 (SRU)
                            )
    -against-                )
                            )
GIOVANNI'S II, INC.,         )
        Defendant.           )

## DECLARATION OF MARK S. GREGORY

Mark S. Gregory declares as follows:

1. I am attorney admitted to practice in this Court and am a member of Martin Chioffi LLP. I am counsel to Giovanni's II, Inc. ("Giovanni's") in this litigation.

2. In January 2010, I wrote a demand letter to John H. Mutchler, counsel for DGG Properties Co., Inc. ("DGG"), to address what Giovanni's perceived to be DGG violations of the Settlement Agreement between the parties.

3. Mr. Mutchler responded to the demand letter, in part, by telephoning me to discuss the situation. During that telephone conversation, Mr. Mutchler acknowledged to me that the subject advertisements, which DGG placed in the January 2010 and February 2010 issues of Connecticut Magazine, violated the Settlement Agreement. Mr. Mutchler stated that the violations were the result of: (a) one DGG employee with knowledge of the terms of the advertising restrictions being absent from work for an extended period for medical reasons; (b) the termination from employment of other DGG personnel with knowledge of the restrictions; and (c) the inadvertent failure on the part of DGG to advise its outside advertising agency of the advertising restrictions.

I declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 17th day of March 2010 at Stamford, Connecticut.

_____
Mark S. Gregory