UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DGG PROPERTIES CO. INC.,
    Plaintiff,

v.

GIOVANNI'S II INC.,
    Defendant.

No. 3:07cv226 (SRU)

### MEMORANDUM OF TELEPHONE CONFERENCE INCLUDING ORAL RULING ON CROSS MOTIONS TO ENFORCE SETTLEMENT AND ORDER

The parties to this case entered a settlement agreement in September 2009. I retained continuing jurisdiction to enforce the terms of that agreement. In February 2010, Giovanni's II ("Giovanni's") filed a motion to enforce settlement (**doc. # 112**) and shortly thereafter, DGG Properties Co. Inc. ("DGG") filed a cross motion to enforce settlement (**doc. # 115**). Both parties allege violations of the settlement agreement by the opposing party. On July 14, 2010, I held a telephone conference on the record with Nicole Liguori Micklich, representing the plaintiff, and Mark C. Gregory, representing the defendant. The purpose of the conference was to discuss the pending motions.

I orally **GRANTED** both motions. I ordered that because the damages, attorneys' fees and costs due from each party to the other effectively wash, neither party shall pay liquidated damages or costs to the other party on the present record. I ordered both parties to search for and correct publicly available listings that violate the parties' settlement agreement. In particular, Giovanni's is ordered to correct listings associated with The Connecticut Bride magazine, its website, and other materials attached to the cross motion to enforce settlement, within seven days, or by July 21, 2010.

Attorneys for the parties are ordered to exchange letters in eight days, or by July 22, 2010, detailing efforts taken to identify and correct violations by their client of the settlement agreement. In the event the identified listings are not corrected or the parties seek to address additional violations and damages, the parties are instructed to contact chambers two weeks from today, on July 28, 2010.

It is so ordered.

Dated at Bridgeport, Connecticut, this 14th day of July 2010.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge